IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JAMES EDWARD COOLEY**                                        **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 4:07-cv-78-DPJ-JCS**

**CLARKE COUNTY JAIL,**
**MARY MCLENDON, TODD KEMP,**
**BARRY WHITE AND STEVE GOODWIN**                    **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of November, 2007.

                                                 s/ *Daniel P. Jordan III*
                                                 UNITED STATES DISTRICT JUDGE